UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK JAIR MIRANDA REYES,

Petitioner,

-v-

DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT and SECRETARY OF DEPARTMENT OF HOMELAND SECURITY,

Respondents.

---

26 Civ. 9354 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Petitioner Frank Jair Miranda Reyes brings this purported petition for a writ of habeas corpus by his next friend, Zoraya Escalante, who is proceeding *pro se*. Escalante's submission represents that a petition for a writ of habeas corpus was filed on the night of October 23, 2026. *See* Dkt. 1. The docket does not reflect that petition. Accordingly, by October 28, 2026, Escalante shall submit a copy of that petition and state the date, time, and manner in which it was initially submitted. The Clerk of Court is respectfully directed to send a copy of this Order to Escalante at the email address from which the submission was received and at zorayaescalante@aol.com.

SO ORDERED.

Dated: October 26, 2026
New York, New York

JOHN P. CRONAN
United States District Judge